JOHN M. BERND, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.

Docket No. 3340. Decided July 20, 1926.

*J. E. Hughes, Esq.*, for the petitioner.
*L. C. Mitchell, Esq.*, for the respondent.

Before STERNHAGEN, LITTLETON and TRUSSELL.

The Commissioner determined a deficiency of $1,322.78 for 1920, arising from the determination that the farm that the petitioner sold in 1920 was, on March 1, 1913, worth $30,000.

### FINDINGS OF FACT.

On March 1, 1913, the petitioner was the owner of a 240-acre farm, which he sold in 1920. On March 1, 1913, the fair market value of this farm was $37,500.

*Judgment for the petitioner. Order of redetermination will be entered on 15 days' notice, under Rule 50.*